# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2018

## NO. 03-18-00107-CV

**City of Austin d/b/a Austin Energy, Appellant**

**v.**

**Maria Del Rosario Membreno Lopez as Next Friend of
Jaime Antonio Membreno Lopez, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, FIELD, AND SHANNON
### AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment signed by the trial court on February 9, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.